# IN THE SUPREME COURT OF THE STATE OF NEVADA

THEODORE STEVENS,
Appellant,
vs.
HIGH DESERT STATE PRISON; AND
DEWAYNE WILSON,
Respondents.

No. 73732

**FILED**

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on August 15, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth A Brown

cc: Hon. Linda Marie Bell, District Judge
Theodore Stevens
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-35470